UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:24-cr-61(S1)-TJC-PDB
18 U.S.C. § 1701

TERON HAYWOOD, SR.

## SUPERSEDING INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about June 24, 2023, in the Middle District of Florida,

TERON HAYWOOD, SR.,

an employee of the U.S. Postal Service, knowingly and willfully did obstruct and retard the passage of the mail by destroying and delaying mail to be delivered on Rural Route 070, Baymeadows Distribution and Delivery Center, Jacksonville, Florida, which had been entrusted to him and had come into his possession, and was intended to be conveyed by mail, carried, and delivered by any carrier or other employee of the Postal Service.

In violation of 18 U.S.C. § 1701.

                ROGER B. HANDBERG
                United States Attorney

By:  _____
       DAVID B. MESROBIAN
       Assistant United States Attorney

By:  _____
       MICHAEL J. COOLICAN
       Assistant United States Attorney
       Deputy Chief, Jacksonville Division